AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Orenstein, James | U.S. District Court, E.D.N.Y. | 05/16/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct professor | New York University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | New York University School of Law | $26,955.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Department of Justice -- U.S. Attorney's Office, Eastern District of New York |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/16/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Robert Jones | Tickets to Carnegie Hall Opening Night Concert and Dinner | $5,000.00 |
| 2. | Federal Bar Council | Tickets to Law Day Dinner and Thanksgiving Day Luncheon | $1,300.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Department of Education Direct Loan Servicing | Family member's student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase bank accounts | A | Interest | L | T | | | | | |
| 2. IBM | A | Dividend | J | T | | | | | |
| 3. Verizon | A | Dividend | J | T | | | | | |
| 4. Family Real Estate Trust | A | Interest | K | Q | | | | | |
| 5. Computershare | A | Dividend | | | Merged (with line 2) | 01/01/12 | J | | See note in Part VIII |
| 6. UBS ACCT | A | Int./Div. | J | T | | | | | |
| 7. --UBS Bank USA Deposit Acct. | A | Interest | J | T | | | | | |
| 8. -- UNTS First Trust Target VIP Aug 2012. | A | Int./Div. | J | T | Buy | 08/06/12 | J | | |
| 9. -- UNTS First Trust Target VIP May 2011 Sr. | | None | | | Redeemed | 08/03/12 | J | A | |
| 10. UBS ACCT | | None | M | T | | | | | |
| 11. -- Columbia Growth NY 529 Portfolio Class A | | None | M | T | | | | | |
| 12. UBS ROTH | D | Int./Div. | N | T | | | | | |
| 13. --UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 14. --UBS Liquid Assets Fund | A | Dividend | | | | | | | |
| 15. --Apple Inc | A | Dividend | L | T | | | | | |
| 16. --EMC Corp | | None | K | T | | | | | |
| 17. --Google Inc | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --EGA Emerging Global Shares | A | Dividend | | | Sold | 06/20/12 | J | | |
| 19. --Ishares Trust S&P Smallcap 600 Index Fund | A | Dividend | K | T | | | | | |
| 20. -- Ishares Trust S&P Latin Amer 40 Index Fund | A | Dividend | J | T | | | | | |
| 21. --SPDR S&P Midcap 400 | A | Dividend | K | T | | | | | |
| 22. --Fidelity Advisor New Insights Fund | A | Dividend | K | T | Sold (part) | 05/23/12 | J | B | |
| 23. --El Paso Pipeline Partners LP | A | Dividend | K | T | | | | | |
| 24. --Nuveen Quality Preferred Income Fund 2 | A | Dividend | J | T | | | | | |
| 25. --Nuveen Quality Preferred Income Fund | A | Dividend | J | T | | | | | |
| 26. --Alliance Bernstein High Income Fund | B | Dividend | K | T | Buy (add'l) | 06/20/12 | J | | |
| 27. | | | | | Buy (add'l) | 07/23/12 | J | | |
| 28. | | | | | Buy (add'l) | 08/21/12 | J | | |
| 29. | | | | | Buy (add'l) | 09/21/12 | J | | |
| 30. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 31. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 32. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 33. --Eaton Vance Global Macro Absolute Return Fund | A | Dividend | | | Sold (part) | 05/01/12 | J | A | |
| 34. | | | | | Sold | 06/20/12 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Putnam Diversified Income Trust | A | Dividend | J | T | Sold (part) | 10/30/12 | J | | |
| 36. -- Templeton Global Total Return Class A | A | Dividend | K | T | Buy (add'l) | 12/19/12 | J | | |
| 37. -- SPDR Gold Trust | | None | J | T | | | | | |
| 38. -- Invesco Balanced-Risk Allocation Fund A | A | Dividend | K | T | Buy | 06/20/12 | K | | |
| 39. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 40. -- Pimco All Assets Auth-A | A | Dividend | K | T | Buy | 06/20/12 | K | | |
| 41. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 42. --DWS Enhanced Commodity Strategy Fund A | A | Dividend | | | Sold | 06/20/12 | K | | |
| 43. --Putnam Absolute Return 500 | A | Dividend | K | T | Sold (part) | 01/30/12 | J | | |
| 44.       UBS ROTH | B | Int./Div. | L | T | | | | | |
| 45. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 46. -- American Funds Capital World Growth & Income Fund Cl A | A | Dividend | K | T | | | | | |
| 47. -- American Funds New World Fund Cl A | A | Dividend | J | T | | | | | |
| 48. -- American Funds Smallcap World Fund Cl A | A | Dividend | K | T | Buy (add'l) | 12/27/12 | J | | |
| 49. -- American Funds Euro Pacific Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 50. -- American Funds Growth Fund of America Cl A | A | Dividend | J | T | | | | | |
| 51. -- American Funds Income Fund of America Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- American Funds New Perspective Fund Cl A | A | Dividend | J | T | | | | | |
| 53. -- American Funds Washington Mutual Investors Fund Cl A | A | Dividend | J | T | Buy (add'l) | 12/19/12 | J | | |
| 54. -- American Funds American Balanced Fund Cl A | A | Dividend | J | T | | | | | |
| 55. -- Kern County CA Municipal Bond | | None | J | T | | | | | |
| 56.  UBS ACCT | B | Int./Div. | N | T | | | | | |
| 57. -- RMA NY Money Fund | A | Dividend | K | T | | | | | |
| 58. -- Stag Indl Inc | A | Dividend | | | Sold | 03/08/12 | K | A | |
| 59. -- Teekay LNG Partners LP | A | Dividend | | | Sold | 04/18/12 | K | | |
| 60. --UNTS FT Target VIP Portf. May 2011 SR | | None | | | Sold | 04/18/12 | J | | |
| 61. -- Lehman Bros Holdings Inc. (Defaulted) | | None | | | Sold | 05/04/12 | J | | |
| 62. -- Sallie Mae Ednotes Callable | A | Interest | J | T | | | | | |
| 63. -- Florida State Brd. Ed. Cap. Outlay FSA | A | Interest | J | T | | | | | |
| 64. -- Sentinel Short Maturity Govt Fnd | A | Dividend | | | Sold | 04/18/12 | L | A | |
| 65. -- John Hancock New York Venture Annuity | | None | N | T | | | | | |
| 66.  UBS ACCT | | None | N | T | | | | | |
| 67. -- Bond Fund of America | | None | K | T | | | | | |
| 68. -- Capital World Growth & Income Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Euro Pac Growth Fund | | None | K | T | | | | | |
| 70. -- Growth Fund of America | | None | K | T | | | | | |
| 71. -- Income Fund of America | | None | K | T | | | | | |
| 72. -- New Perspective Fund | | None | K | T | | | | | |
| 73. -- Smallcap World Fund | | None | K | T | | | | | |
| 74. -- Washington Mutual Investors Fund | | None | K | T | | | | | |
| 75.        UBS ACCT | B | Int./Div. | P1 | T | | | | | |
| 76. -- UBS Bank USA Dep Acct | A | Interest | P1 | T | | | | | |
| 77. -- UNTS AAM Global Gold Income Portf | A | Dividend | | | Redeemed | 01/24/12 | K | B | |
| 78. -- Long Island NY Pwr Elec Municipal Bonds | | None | M | T | | | | | |
| 79. -- NYC Water Municipal Bonds | B | Interest | M | T | | | | | |
| 80. -- NYS Dorm Municipal Bond | | None | L | T | | | | | |
| 81. -- Oklahoma City OK Municipal Bond | | None | K | T | | | | | |
| 82. -- Indiana Transn Fin Auth Municipal Bond | | None | L | T | | | | | |
| 83. -- Yorba Linda CA Municipal Bond | | None | K | T | | | | | |
| 84. -- Clark Co Wash Vancouver Ser C Municipal Bond | | None | J | T | | | | | |
| 85. -- DC Washington Mandarin Hotel Municipal Bond | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Wentzville MO Sch Municipal Bond | | None | K | | | | | | |
| 87. -- New Jersey St Transn Municipal Bond | | None | L | | | | | | |
| 88. -- Palo Alto CA Municipal Bond | | None | K | T | | | | | |
| 89. -- Coppell Tex ISD Municipal Bond | | None | | | Sold | 04/18/12 | K | C | |
| 90. -- Adams 12 Five Star Schs Colo Municipal Bond | | None | K | T | | | | | |
| 91. -- New York City SR A Municipal Bond | | None | J | T | | | | | |
| 92. -- Brock Tex Indpt Sch Dst Municipal Bond | | None | K | T | | | | | |
| 93. -- Prosper Tx Isd Rfdg Bk Municipal Bond | | None | K | T | | | | | |
| 94. -- Salem-Keizer OR Municipal Bond | | None | | | Sold | 04/18/12 | K | C | |
| 95. -- Medina Valley TX Municipal Bond | | None | K | T | | | | | |
| 96. -- San Rafael CA City Hi GH Municipal Bond | | None | L | T | | | | | |
| 97. -- Utah Tran Auth Sales Tax Municipal Bond | | None | K | T | | | | | |
| 98. -- Desert Calif Cmty Clge Municipal Bond | | None | | | Sold | 04/18/12 | K | A | |
| 99. -- Lewisville TX Municipal Bonds | | None | K | T | Sold (part) | 04/18/12 | J | A | |
| 100. -- Manhattan Beach USD Cal Municipal Bond | | None | K | T | | | | | |
| 101. -- Chicago IL Bd of Ed Municipal Bond | | None | | T | | | | | |
| 102. -- Athens-Clarke Conty GA Municipal Bond | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -- Illinois Dev Fin Au Reti Hsg Municipal Bond | | None | | | Sold | 04/18/12 | K | C | |
| 104.  -- Monterey Peninsula CA Municipal Bond | | None | K | T | | | | | |
| 105.  -- Chicago IL Lakefront Municipal Bond | | None | K | T | | | | | |
| 106.  -- Houston TX Wtr & Swr Municipal Bond | | None | K | T | Sold (part) | 04/20/12 | K | D | |
| 107.  -- Washington State Ser E Municipal Bond | | None | L | T | | | | | |
| 108.  -- NJ Trans Trust Ser C Municipal Bond | | None | K | T | | | | | |
| 109.  -- San Joaquin Delta Commty Ser B Municipal Bond | | None | K | T | | | | | |
| 110.  -- Denton TX Indep Sch Municipal Bond | | None | K | T | | | | | |
| 111.  -- Mesquite TX ISD Municipal Bond | | None | K | T | | | | | |
| 112.  -- Washington St Mtr Vehicl Municipal Bond | | None | K | T | | | | | |
| 113.  -- Ennis TX Indpt Sch Dst Municipal Bond | | None | J | T | | | | | |
| 114.  ___ UBS ACCT ___ | E | Int./Div. | O | T | | | | | |
| 115.  -- UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 116.  -- RMA Government Portfolio | A | Dividend | J | T | | | | | |
| 117.  -- Apple Computer Inc | A | Dividend | L | T | | | | | |
| 118.  -- AT&T Inc | B | Dividend | K | T | | | | | |
| 119.  -- Centurylink Inc | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Johnson & Johnson Com | A | Dividend | | | Sold | 04/18/12 | K | A | |
| 121. -- Lorillard Inc | B | Dividend | K | T | Buy (add'l) | 03/09/12 | J | | |
| 122. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 123. | | | | | Buy (add'l) | 09/10/12 | J | | |
| 124. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 125. -- Salesforce.com Inc | | None | K | T | | | | | |
| 126. -- Eaton Vance Tax Managed Buy Write Opportunities Fund | A | Dividend | | | Sold | 04/18/12 | J | | |
| 127. -- Eaton Vance Tax Managed Diversified Equity Income Fund | A | Dividend | | | Sold | 04/18/12 | J | | |
| 128. -- Ishares Trust S&P Latin Amer 40 Index Fund | A | Dividend | K | T | | | | | |
| 129. -- Blackrock U.S. Opportunities | A | Dividend | K | T | Buy (add'l) | 12/14/12 | J | | |
| 130. | | | | | Sold (part) | 01/18/12 | J | B | |
| 131. -- FBR Small Cap Fund Investor Class | | None | | | Sold (part) | 04/16/12 | K | B | |
| 132. | | | | | Merged (with line 135) | 11/05/12 | K | | See note in Part VIII |
| 133. -- Fidelity Advisor New Insights Fund Cl A | A | Dividend | L | T | Sold (part) | 04/18/12 | J | B | |
| 134. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 135. -- Hennessy Cornerstone Growth Fund Institutional Class | | None | K | T | Open | 11/05/12 | K | | See note in Part VIII |
| 136. -- JP Morgan U.S. Large Cap Core Plus Fund A | B | Dividend | K | T | Buy (add'l) | 12/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 04/18/12 | J | A | |
| 138.  -- Miller Convertible Fund Class A | A | Dividend | | | Buy (add'l) | 03/16/12 | J | | |
| 139. | | | | | Sold | 04/16/12 | L | A | |
| 140.  -- Neuberger Berman Equity Income Fund Class A | C | Dividend | L | T | Buy (add'l) | 03/26/12 | J | | |
| 141. | | | | | Sold (part) | 04/18/12 | K | A | |
| 142. | | | | | Buy (add'l) | 06/25/12 | J | | |
| 143. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 144. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 145.  -- Oakmark Fund Class I | B | Dividend | K | T | Buy (add'l) | 12/14/12 | J | | |
| 146. | | | | | Sold (part) | 04/16/12 | K | B | |
| 147.  -- Oppenheimer Developing Markets Fund Cl A | A | Dividend | K | T | Sold (part) | 04/18/12 | K | B | |
| 148.  -- Kinder Morgan Energy Partners MLP | B | Dividend | K | T | | | | | |
| 149.  -- DWS Municipal Income Trust | A | Dividend | K | T | | | | | |
| 150.  -- Nuveen Ins Muni Opport Fd | B | Dividend | K | T | | | | | |
| 151.  -- Nuveen Prem Income Mun Fund 2 Inc | B | Dividend | K | T | | | | | |
| 152.  -- Artio Global High Income Fund Class A | C | Dividend | K | T | Buy (add'l) | 02/01/12 | J | | |
| 153. | | | | | Buy (add'l) | 03/01/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 04/02/12 | J | | |
| 155. | | | | | Sold (part) | 04/16/12 | J | | |
| 156. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 157. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 158. | | | | | Buy (add'l) | 07/02/12 | J | | |
| 159. | | | | | Buy (add'l) | 08/01/12 | J | | |
| 160. | | | | | Buy (add'l) | 09/04/12 | J | | |
| 161. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 162. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 163. -- Loomis Sayles Strategic Income Fund Class A | B | Dividend | K | T | Buy (add'l) | 12/21/12 | J | | |
| 164. | | | | | Buy (add'l) | 04/24/12 | J | | |
| 165. -- Mainstay High Yield Opportunity Class A | B | Dividend | K | T | Buy (add'l) | 12/04/12 | J | | |
| 166. -- Putnam Diversified Income Trust Class A | A | | | | Buy (add'l) | 01/20/12 | J | | |
| 167. | | | | | Buy (add'l) | 02/21/12 | J | | |
| 168. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 169. | | | | | Sold | 04/18/12 | L | A | |
| 170. -- Gateway Fund Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Hatteras Alpha Hedged Strategies Fund | A | Dividend | | | Sold | 04/16/12 | K | A | |
| 172. -- First Eagle Gold Fund Class A | A | Dividend | K | T | | | | | |
| 173. -- First Eagle Global Fund Class A | C | Dividend | L | T | Sold (part) | 04/18/12 | J | A | |
| 174. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 175. | | | | | Buy (add'l) | 12/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/16/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V: The gifts reported here are essentially the same as those I have received from the same sources in prior years, which I neglected to include in prior reports. In each of the prior years 2004-2011 for which I submitted reports, I was invited to the same events reported here, but was not always able to attend; because I do not recall the specific years in which I accepted each such invitation, I respectfully request that my prior reports for the years 2004-2011 be deemed amended to include the listing of such gifts.

Part VII, generally: For all asset sales resulting in a loss or no net gain, I have left Column D(4) blank. Also, I no longer report "-- Cash" as a separate asset line within individual UBS accounts (as I did in prior reports), as such information merely duplicates information provided in the line providing the overall value of the account itself. For similar reasons, and to simplify this report, I no longer report on separate lines the movement of money between UBS accounts in connection with transactions reported in the lines for specific assets.

Part VII, line 4: The valuation of my share of the [        ] Real Estate Trust is based on an appraisal of the value of the property held in trust as of January 23, 2008 (the date I inherited my share). The appraisal was reported on November 12, 2008.

Part VII, line 5: Based on a misreading of certain records, I have mistakenly been reporting "Computershare" as an asset in its own right; it is in fact the name of the company that provides statements for my shares of IBM stock.

Part VII, Lines 132 and 135: On November 5, 2012, my holdings in the FBR Small Cap Fund were exchanged for an equally valued interest in the Hennessy Cornerstone Growth Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Orenstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

CHAMBERS OF
**JAMES ORENSTEIN**
U.S. MAGISTRATE JUDGE

November 7, 2013

Judicial Conference of the United States
Committee on Financial Disclosure
Hon. Joseph H. McKinley, Jr., Chair
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:     Annual Report for 2012

Dear Judge McKinley:

I have received the Committee's letter dated November 7, 2013. With respect to your inquiry about the 58 lines within Part VII of my annual report for 2012 in which I reported no income for a specific asset during calendar year 2012, please be assured that I do understand that income need not be reportable on income tax returns to be reportable on the financial disclosure, and that it was with that understanding that I undertook the many hours of work that preceded the filing of my report. I certify again, as I did in filing my report, that my report is accurate true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Finally, with respect to your inquiry about Part IV, line 166, the income received from Putnam Diversified Income Trust Class A was in the form of a dividend.

I hope the information set forth above satisfactorily responds to your inquiries.  Please let me know if you require any further information.

Very truly yours,

/s/

James Orenstein